

# Fourth Court of Appeals
## San Antonio, Texas

February 4, 2019

No. 04-17-00310-CV

**YATES ENERGY CORPORATION**, EOG Resources, Inc., Jalapeno Corporation, ACG3 Mineral Interests, Ltd., Glassell Non-Operated Interests, Ltd., and Curry Glassell, Appellants

v.

**BROADWAY NATIONAL BANK,** Trustee of the Mary Frances Evers Trust, Appellees

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2015PC2618
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

Appellees' motion for rehearing and/or en banc reconsideration was due February 1, 2019. On January 30, 2019, appellees filed a motion, requesting a seven (7) day extension of time to file their motion. After consideration, we **GRANT** appellees' motion and **ORDER** appellees' motion for rehearing and/or en banc reconsideration due **on or before February 8, 2019**.

It is so **ORDERED** on this 4th day of February, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court